UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 5:22-CV-5373** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SSJ DEVELOPMENT COMPANY LLC, ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION [Doc. 21] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including OBJECTION TO REPORT AND RECOMMENDATION by SSJ Development Company, LLC [Doc. 22] and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS ORDERED that SSJ Development Co., LLC's MOTION TO DISMISS [Doc. 17] is DENIED.

THUS, DONE AND SIGNED in Chambers on the 1ST day of February 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE