UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 22-cv-5373 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| SSJ DEVELOPMENT CO, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

The United States filed a waiver of service (Doc. 7) that indicates Defendant James B. Lee, III waived service in October 2022 so that his answer was due December 6, 2022. Lee has not filed an answer or other response to the complaint. The United States is directed to request entry of default against Lee unless he files an answer or other response by **February 17, 2023**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of February, 2023.

Mark L. Hornsby
U.S. Magistrate Judge